1014

MARGARET K. PRIEBE, *Respondent,* v. OSCAR W. PRIEBE, *Appellant.*

Appeal from a judgment of the Superior Court for Benton County, No. 24427, Richard G. Patrick, J., entered January 27, 1972. *Affirmed* by unpublished opinion per Edgerton, J., concurred in by Munson, C.J., and Green, J.

PHYLLIS W. HARRISON, *Appellant,* v. WILLIAM C. HARRISON, *Respondent.*

Appeal from a judgment of the Superior Court for Spokane County, No. 198655, John C. Tuttle, J., entered January 5, 1972. *Affirmed* by unpublished opinion per Edgerton, J., concurred in by Munson, C.J., and Green, J.

THE STATE OF WASHINGTON, *Respondent,* v. PATRICK TIMOTHY HOULIHAN, *Appellant.*

Appeal from a judgment of the Superior Court for Franklin County, No. 2875, James J. Lawless, J., entered June 9, 1972. *Affirmed* by per curiam opinion.

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT MELVIN ROSS, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 16222, Carl L. Loy, J., entered March 31, 1971. *Affirmed* by unpublished opinion per Green, J., concurred in by Munson, C.J., and Edgerton, J.